927 A.2d 199

**CITY COUNCIL FOR the CITY OF PHILADELPHIA, Petitioner,**

v.

**The PENNSYLVANIA GAMING CONTROL BOARD, Respondent.**

**HSP Gaming, LP, Intervenor,**

**Philadelphia Entertainment and Development Partners, LP, Intervenor,**

**Pinnacle Entertainment, Inc. and PNK (PA) LLC, Intervenor.**

Supreme Court of Pennsylvania.

June 22, 2007.

***ORDER***

PER CURIAM.

**AND NOW,** this 22nd day of June, 2007, the Application for Summary Relief filed by HSP Gaming is granted. The Peti-

tion for Review filed by Petitioner is dismissed for lack of standing pursuant to *Society Hill Civic Ass'n v. Pennsylvania Gaming Control Board,* —— Pa. ——, 928 A.2d 175, 2007 WL 1610165 (June 4, 2007). Petitioner's request for oral argument and Applications to Lodge are denied. HSP's Motion to Strike City Council's Petition for Review is dismissed as moot. Petitioner's request for confidential documents identified in the Certified List of All Documents that Comprise the Certified Record in Accordance with Pa.R.A.P.1952(b) is denied.

Justice Castille and Saylor dissent. *See Society Hill Civic Ass'n v. Pennsylvania Gaming Control Bd.,* —— Pa. ——, ——, 928 A.2d 175, 185–86, 2007 WL 1610165, *8–9 (June 4, 2007) (Saylor, J., dissenting).